# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| ALFRED WOODS,            ) | |
|     Plaintiff,            ) | |
|                   ) | |
| v.            ) | CIVIL ACTION NO. 2:19-01122-N |
|                   ) | |
| ANDREW M. SAUL,            ) | |
| *Commissioner of Social Security*,            ) | |
|     Defendant.            ) | |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Commissioner of Social Security and against Plaintiff Alfred Woods, in accordance with the Memorandum Opinion and Order entered on this date affirming the Commissioner's final decision denying Woods's applications for Social Security benefits, and dismissing without prejudice his challenge to the Commissioner's failure to grant his motion to reopen other applications.

**DONE** this the 30th day of March 2021.

                                                  */s/ Katherine P. Nelson*
                                                  **KATHERINE P. NELSON**
                                                  **UNITED STATES MAGISTRATE JUDGE**